# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 23, 2024

To:   Chanda J. Berta
      UNITED STATES DISTRICT COURT
      Northern District of Indiana
      South Bend, IN 46601-0000

|  | |
|---|---|
| No. 23-2586 | LATANYA IVENS,<br>            Plaintiff - Appellant<br><br>v.<br><br>GK NORTH CHILDCARE CORP.,<br>            Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00705-DRL<br>Northern District of Indiana, South Bend Division<br>District Judge Damon R. Leichty ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 70.50 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 02/23/2024 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**   (form ID: **135**)